UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO OTILIO MORAN, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

RESTAURANT 597, INC.
   d//b/a BUS STOP CAFE,
and ANASTASIOS HATZIIONNIDIS,

                Defendants.

Case No.: 1:22-cv-04878

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he have accepted Defendants' Offer of Judgment dated March 20, 2023, and annexed hereto as **Exhibit A**.

Dated: March 20, 2023

                                      Respectfully submitted,

                              By: _/s/ C.K. Lee_

                                      C.K. Lee, Esq. (CL 4086)
                                      LEE LITIGATION GROUP, PLLC
                                      148 West 24th Street, 8th Floor
                                      New York, NY 10011
                                      Tel.: (212) 465-1188
                                      Fax: (212) 465-1181
                                      *Attorney for Plaintiff, FLSA Collective*
                                      *Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Adam S. Gross, Esq.
JACKSON LEWIS P.C.
Attorneys for Defendants
666 Third Avenue, 29th Floor
New York, New York 10017
Tel: 212-545-4000
Adam.Gross@jacksonlewis.com

By: _____
C.K. Lee, Esq.