UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO OTILIO MORAN, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiffs,

v.

RESTAURANT 597, INC., d/b/a BUS STOP CAFÉ, and ANASTASIOS HATZIIONNIDIS,

                Defendants.

**Case No.**: 22-cv-04878-CM

**[PROPOSED]
RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants RESTAURANT 597, INC., d/b/a BUS STOP CAFÉ, and ANASTASIOS HATZIIONNIDIS ("Defendants"), having offered to allow Plaintiff PABLO OTILIO MORAN ("Plaintiff") to take a judgment against them, in the sum of Nineteen Thousand Dollars and No Cents ($19,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 20, 2023 and filed as Exhibit A to Docket Number 25;

    **WHEREAS**, on March 20, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 25);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff PABLO OTILIO MORAN, in the sum of $19,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 20, 2023 and filed as Exhibit A to Docket Number 25. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023          _____
       New York, New York                                              U.S.D.J.