UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO OTILIO MORAN,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

Plaintiff,

v.

RESTAURANT 597, INC., d/b/a BUS STOP CAFÉ, and ANASTASIOS HATZIIONNIDIS,

Defendants.

No. 22-cv-04878-CM

**SATISFACTION OF JUDGEMENT**

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 22nd day of March, 2023 in favor of PABLO OTILIO MORAN and against RESTAURANT 597, INC., d/b/a BUS STOP CAFÉ, and ANASTASIOS HATZIIONNIDIS in the amount of $19,000.00, inclusive of all costs and attorneys' fees, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: April 13, 2023

Respectfully submitted,

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011

-2-

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )


On the 13th day of April, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

> Anne Seelig-Suhrcke
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02SE6113610
> Qualified in Queens County
> Commission Expires 8/02/2024

-2-

30004685v.1